UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| GEORGE E. McGOVERN, III AS THE CURATOR OF DAVID RICHARD MOORE | CIVIL ACTION NO.: 5:13-CV-1353 <br><br> JUDGE STAGG |
| VERSUS | MAGISTRATE JUDGE HORNSBY |
| DAVID TODD MOORE | |

### ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Motion to Dismiss for lack of personal jurisdiction filed by Defendant, David Todd Moore, [Doc. #3], is **DENIED.**

THUS DONE AND SIGNED this 8th day of January, 2014, in Shreveport, Louisiana.

JUDGE TOM STAGG